## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY CANFIELD, ANDREW CATTANO, JAMES LETT, DENNIS PECK, STEVEN SPRATLEY, SUSAN STEBBINS, and YVETTE TAYLOR, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. _____ |
| v. | ) ) | |
| FCA US LLC, | ) ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

Defendant FCA US LLC, ("FCA US") pursuant to 28 U.S.C. §§ 1441 and 1446, removes this case to this Court. As set forth below, this Court has jurisdiction under 28 U.S.C. § 1332.

### I. BACKGROUND

**A.    The Complaint.**

1.    On October 12, 2017, Timothy Canfield, Andrew Cattano, James Lett, Dennis Peck, Steven Spratley, Susan Stebbins, and Yvette Taylor filed a Class Action Complaint in the Superior Court of the State of Delaware, known and numbered as *Canfield v. FCA US LLC,* Case No. N17C-10-198 ("the State Court Action").

2.    FCA US was served with process and a copy of the Complaint in the State Court Action on November 22, 2017. No other pleadings, process, or orders have been served or entered. A copy of the Complaint and process served on FCA US are attached hereto as Exhibit A.

B.      **Allegations In The Complaint.**

3.      Plaintiffs are citizens of Michigan (Canfield, Peck), New Jersey (Cattano, Stebbins), Ohio (Lett), New York (Spratley), and Massachusetts (Taylor). *See* Class Action Complaint ("Comp."), ¶¶ 19-25. They allege that the tire valve stems in the vehicles they purchased are subject to corrosion and can result in air rapidly releasing from the tire creating a "tire blow out" condition. Comp., ¶ 4.

4.      Plaintiffs seek to represent those in Massachusetts, New Jersey, Ohio, and Michigan who purchased or leased any vehicle manufactured by FCA UA after June 10, 2009, which was built with tire valve stems made of a "copper-bearing aluminum 2000 series metal alloy." *Id.* at ¶¶ 1, 102.

5.      Plaintiffs plead ten causes of action for violation of various consumer fraud statutes (Counts I, II, III, IV, V, VII, VIII), breach of implied warranty (Counts VI, IX), and breach of express warranty (Count X). *Id.* at ¶¶ 114-234. They seek "actual, statutory, punitive, and/or any other form of damages provided by and pursuant to the statutes" they sue under, pre- and post-judgment interest, and attorneys' fees. *See* Comp., pp. 82-83.

C.      **Facts Related To Amount In Controversy.**

6.      There have been more than 10,000 sales of vehicles sold by FCA US which were built after June 10, 2009, and which were originally equipped with tire valve stems made of a copper-bearing aluminum 2000 series metal alloy.

7.      Plaintiffs allege that the cost of replacing a single tire valve stem can be more than $140, and there are four such valve stems on each vehicle. Thus, the cost of replacement of the tire valve stems alone is sufficient to satisfy this Court's $5,000,000 jurisdictional threshold. And, on top of this, Plaintiffs seek punitive damages and attorneys' fees.

## II. GROUNDS FOR REMOVAL

8.     This Court has jurisdiction of this case under 28 U.S.C. § 1332(d)(2), which is commonly referred to as the Class Action Fairness Act ("CAFA").

9.     Pursuant to CAFA, when the number of putative class members exceeds 100, this Court has original jurisdiction over "any civil action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and is a class action in which ... any member of a class is a citizen of a State different from any defendant." 28 U.S.C. § 1332(d)(2).

10.     "A defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, – U.S. –, 135 S.Ct. 547, 551 (2014).

11.     Plaintiffs are citizens of Michigan, New Jersey, Ohio, New York, and Massachusetts. Comp., ¶¶ 19-25. FCA US, a limited liability company, is a citizen of the State of Delaware under whose laws it was organized and the State of Michigan where its principal place of business is located. *Id.* at ¶ 26. Thus, the minimal diversity requirements of CAFA are satisfied. *See* 28 U.S.C. § 1332(d)(2)(A).

12.     There are more than 100 members of the putative class described by Plaintiffs in the Complaint, and the amount put into controversy by Plaintiffs far exceeds the sum or value of $5,000,000, exclusive of interest or costs.

13.     Because there is minimal diversity, greater than 100 putative class members, and the matter in controversy exceeds the sum of $5,000,000, this Court has jurisdiction under 28 U.S.C. § 1332(d)(2).

14.     No statutory exception to CAFA jurisdiction applies in this case.

3

## III.  REMOVAL IS PROPER AND TIMELY

15.     This Notice of Removal is filed within thirty days of November 22, 2017, the date on which FCA US was first served with a summons and the Complaint.  Thus, it is timely filed.

16.     Chrysler will promptly file a copy of this Notice of Removal with the clerk of the Court of Chancery for the State of Delaware, and provide written notice of the removal to all other counsel of record.

17.     The United States District Court for the District of Delaware embraces the county and court in which Plaintiff filed this case.  Therefore, this action is properly removed to this Court pursuant to 28 U.S.C. § 1441(a).

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

By:     /s/Somers S. Price, Jr.
        Somers S. Price, Jr
        sprice@potteranderson.com
        1313 North Market Street
        P.O. Box 951
        Wilmington, Delaware  19899-0951
        Telephone:     (302) 984-6000
        Facsimile:     (302) 658-1192

**THOMPSON COBURN LLP**
Kathy A. Wisniewski(*pro hac vice* to be filed)
kwisniewski@thompsoncoburn.com
Stephen A. D'Aunoy (*pro hac vice* to be filed)
sdaunoy@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO 63101
Telephone:  (314) 552-6000
Facsimile:   (314) 552-7000

*Counsel for FCA US LLC*

4

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of December, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and/or was mailed to the following:

Gary E. Mason
Whitefield, Bryson & Mason LLP
5101 Wisconsin Ave NW
Suite 305
Washington, DC 20016

Nicholas A. Migliaccio
Jason S. Rathod
Migliaccio & Rathod LLP
412 H Street N.E.
Suite 302
Washington, DC 20002

Gary S. Graifman
Jay I. Brody
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977

Daniel Calvert
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134

Elmer Robert Keach, III
Law Office of Elmer Robert Keach, III, PC
1040 Riverfront Center
P.O. Box 70
Amsterdam, NY 12010

P. Bradford deLeeuw
Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street
Suite 1401
Wilimington, DE  19801

POTTER ANDERSON & CORROON LLP

By:   _/s/Somers S. Price, Jr._
    Somers S. Price, Jr
    sprice@potteranderson.com
    1313 North Market Street
    P.O. Box 951
    Wilmington, Delaware  19899-0951
    Telephone:   (302) 984-6000
    Facsimile:   (302) 658-1192