UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY CANFIELD, ANDREW CATTANO, JAMES LETT, DENNIS PECK, STEVEN SPRATLEY, SUSAN STEBBINS, and YVETTE TAYLOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | Case No. 1:17-cv-01789-VAC-SRF |

## STIPULATION AND ORDER REGARDING DATE FOR RESPONSE TO COMPLAINT

It is hereby stipulated by and between Plaintiffs and Defendant through their respective counsel that the time for Defendant to move Answer or otherwise response to the Complaint to January 18, 2018.

ROSENTHAL, MONHAIT & GODDESS, P.A.     POTTER ANDERSON & CORROON LLC

By: /s/ P. Bradford deLeeuw
P. Bradford deLeeuw (ID No. 3569)
Jeffrey S. Goddess (ID No. 630)
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street
Suite 1401
Wilmington, DE 19801

*Attorney for Plaintiffs*

By: /s/ Somers S. Price, Jr.
Somers S. Price, Jr., (ID No. 279)
1313 North Market, P.O. Box 951
Hercules Building, 6th Floor
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Fax: (302) 65-1192
sprice@potteranderson.com

*Attorney for FCA US LLC*

IT IS SO ORDERED this _____ day of _____, 2017.

_____
Sherry R. Fallon
United States Magistrate

5590365v.1/00017