## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY CANFIELD, ANDREW CATTANO, JAMES LETT, DENNIS PECK, STEVEN SPRATLEY, SUSAN STEBBINS, and YVETTE TAYLOR, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC, <br><br> Defendant. | Case No. 1:17-cv-01789-VAC-SRF |

### DEFENDANT FCA US LLC'S MOTION TO DISMISS

Defendant FCA US LLC hereby moves to dismiss Plaintiffs' Complaint under Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are set forth in the brief being filed contemporaneously herewith. A proposed order accompanies this motion.

**OF COUNSEL:**

**THOMPSON COBURN LLP**
Kathy A. Wisniewski (admitted *pro hac vice*)
Stephen A. D'Aunoy (admitted pro hac vice)
Telephone: (314) 552-6000
Facsimile: (314)552-7000
kwisniewski@thompsoncoburn.com
sdaunoy@thompsoncoburn.com

Dated: January 18, 2018

**POTTER ANDERSON & CORROON LLP**

By: /s/ *Somers S. Price, Jr.*
    Somers S. Price, Jr. (#279)
    Hercules Plaza, Sixth Floor
    1313 North Market Street
    Wilmington, DE 19801
    Telephone: (302) 984-6000
    Facsimile:
    sprice@potteranderson.com

*Attorneys for Defendant FCA US LLC*