# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS PECK, YVETTE TAYLOR, TAYADRA CABBELL, KATHLEEN RETZ ADAM and JAMES SCHREINER on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:17-cv-01789-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER TO DISMISS CASE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Dennis Peck, Yvette Taylor, Tayadra Cabbell, Kathleen Retz Adam, and James Schreiner ("Plaintiffs") and Defendant FCA US LLC ("FCA US") (together "the Parties"), through their respective counsel of record, hereby STIPULATE and AGREE that all of Plaintiffs' individual claims are dismissed with prejudice, each side to bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated: March 16, 2021

<table>
<tr><td>

DELEEUW LAW LLC

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
(302) 351-6905 (fax)
brad@deleeuwlaw.com

WHITFIELD, BRYSON & MASON LLP
Gary E. Mason
5101 Wisconsin Ave, NW, Ste 305
Washington, DC 20016
(202) 429-2290
gmason@wbmllp.com

MIGLIACCIO & RATHOD LLP
Nicholas A. Migliaccio
Jason S. Rathod
412 H St. NE, Suite 302
Washington, DC 20002
(202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

*Attorneys for Plaintiffs*

</td><td>

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com

THOMPSON COBURN LLP
Kathy A. Wisniewski (*pro hac vice*)
Stephen A. D'Aunoy (*pro hac vice*)
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
kwisniewski@thompsoncoburn.com
sdaunoy@thompsoncoburn.com

*Counsel for FCA US LLC*

</td></tr>
</table>

**SO ORDERED this 16th day of March 2021.**

_____
The Honorable Maryellen Noreika
United States District Judge